John R. Queen, Appellant, v. John W. Louis and Norman C. Hise, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. Richard Mosher, Appellant.— Appeal dismissed, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Adele Guttas, Appellant, v. Deeb Guttas, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

George D. Cornelius, Appellant, v. William Christ, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers on appeal by August fifteenth and pay ten dollars to respondent's attorney. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of Frederick T. Cahill for Reinstatement as an Attorney and Counselor at Law.— Application for reinstatement denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

James L. Clements, Respondent, v. Zurich General Accident and Liability Insurance Company, Limited, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Tony Jellenick, Appellant, v. Reuben L. Hatch and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

The People of the State of New York, Respondent, v. James Sardi and Others, Appellants.— Time for argument extended to and including the September term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Raymond Robison, Appellant, v. David Lockridge, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by August fifteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Mary L. Robison, Appellant, v. David Lockridge, Respondent.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by August fifteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Catherine Marquis, Appellant, v. Ben Rosenberg, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Alexander Marquis, Appellant, v. Ben Rosenberg, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Thomas Hodge, Appellant, v. Ben Rosenberg, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of John O'Malley for a Mandamus Order against William D. Robbins, City Manager of the City of Niagara Falls, New York.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.